To United States District Court
for The District of Connecticut

* Hartford, Ct
* Clerk of Court
* Attorney Charles F. Wilson
* Honorable Judge Michael P. Shea
* Assistant United States Attorney Brian P. Leaming

RE: Case # 3:19-cr-00172-MPS
Motion for the following:
① Chemical Analysis DEA Lab Reports
② Phone Linesheets Audio + SMS
③ Grand Jury Transcripts

I Tahir Bruff am submitting the motions above. I humbly request the court to grant my motions that is before the court. Thank You.       Respectfully,
    Tah B
    Tahir Bruff

Nutin Deuuu - notary
9/9/2019

RECEIVED
AUG 19 2019
T COURT

